UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| USA | § | |
|---|---|---|
| | § | CRIMINAL NO: |
| vs. | § | EP:10-CR-02213(15)-KC |
| | § | |
| (15) Roberto Angel Cardona | § | |

## DEFENDANT'S EXHIBITS, Page 1

| Exhibit | Description | Date Admitted |
|---|---|---|
| 1 | Declaration in support of request for extradition | 2/14/12 |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) CRIMINAL NO. EP10CR2213 |
| ENRIQUE GUAJARDO LOPEZ, a/k/a "Kiki," a/k/a "Kike," | ) DECLARATION IN SUPPORT OF REQUEST FOR EXTRADITION PURSUANT TO 28 U.S.C. § 1746 |
| JOSE ANTONIO ACOSTA HERNANDEZ, a/k/a "Diego," a/k/a "Dienton," a/k/a "Diez," a/k/a "Bablazo," | ) |
| EDUARDO RAVELO, a/k/a "Tablas," a/k/a "Tablero," a/k/a "TBlas," a/k/a "2x4," a/k/a "Blas," a/k/a "Lumberman," a/k/a "Boards," a/k/a "56," | ) |
| LUIS MENDEZ, a/k/a "Alex," a/k/a "58," | ) |
| ARTURO GALLEGOS CASTRELLON, a/k/a "Benny," a/k/a "Farmero," a/k/a "51," a/k/a "Guero," a/k/a "Pecas," a/k/a "Tury," a/k/a "86," | ) |
| RICARDO VALLES DE LA ROSA, a/k/a "Chino," a/k/a "Come Arroz," a/k/a "99," | ) |
| ALBERTO NUNEZ PAYAN, a/k/a "Fresa," a/k/a "Fresco," a/k/a "97," | ) |
| JOSE GUADALUPE DIAZ DIAZ, a/k/a "Zorro," a/k/a "79," a/k/a "80," | ) |
| MARTIN PEREZ MARRUFO, a/k/a "Popeye," a/k/a "89," | ) |
| LUIS HUMBERTO HERNANDEZ CELIS, a/k/a "Pac," a/k/a "Pak," a/k/a "Pacman," a/k/a "84," | ) |
| MIGUEL ANGEL NEVAREZ, a/k/a "Lentes," a/k/a "94," and | ) |
| JOEL ABRAHAM CAUDILLO, | ) |
| Defendants. | ) |



DEFENDANT'S EXHIBIT 1

I, RAMON CANO, depose and state under penalty of perjury:

1. I am a citizen of the United States, currently residing in the United States.

2. I was born on ▮▮▮▮▮▮▮▮▮▮▮ and I grew up in El Paso, Texas, United States. In 1993, I became a member of the Barrio Azteca (BA) gang when I was serving a prison sentence at the Hughes Unit within the Texas Department of Criminal Justice (TDCJ).

3. The Barrio Azteca is a gang that operates in federal and state prisons in the United States and Mexico and outside of prisons in other cities, including El Paso, Texas, and Juarez, Mexico. When I joined the BA, I knew the BA was running drugs and involved in committing a lot of crimes in El Paso. From the very beginning, I also knew that the BA in El Paso would get their drugs, like cocaine, heroin, and marijuana, from the BA in Juarez, who would get the drugs from the cartels. "Tablas" is the leader of the BA in Juarez. "Chino" is another BA member in Juarez.

4. In the last few years, the BA entered into an alliance with the Vicente Carrillo-Fuentes drug trafficking organization, also known as the "Juarez Cartel," specifically "La Linea." Right now, La Linea and the Barrio Azteca are in a violent war against their rivals, the Sinaloa cartel, the Mexicles, the Artistas Assesinos. The war in Juarez is happening because the BA and La Linea want control of Juarez because it is easy to smuggle drugs through there and into the United States.

5. For years and years, the BA has been smuggling a lot of heroin, cocaine, and marijuana from Juarez into the United States. I know this because was for many years I bought and sold cocaine on the streets of El Paso as a BA member. I also know for sure that this is the case because for about 6 months in 2009, I was the leader of the BA in El Paso.

6. As the leader of the BA in El Paso, I was in charge of importing drugs from other BA gang members in Juarez. I would call a BA leader in Juarez named "Scrappy" to arrange for times to bring over drugs. Scrappy would send me a kilogram of cocaine from Juarez by having

2

a woman deliver it to me by car in El Paso. I would pay Scrappy $24,000 per kilogram and then I would cut it up and provide it to the gang for distribution in El Paso. When my house was searched in March of 2010, one of the wrappings of a kilogram of cocaine was seized from my house. I also know that another BA member in El Paso named "Rigo" was getting kilograms of cocaine from Scrappy.

7. When I was in charge, I would also take shipments from Juarez of marijuana. Scrappy would call me from Juarez and let me know when to expect the drugs in El Paso. The marijuana was transported across the border in a car, hidden in a spare tire. For the six months that I was in charge, I would receive about three 20-pound shipments per week of marijuana from Juarez. I would pay $220 per pound. When my house was searched in March of 2010, there was a cut-up tire in my house that was used to smuggle drugs into the United States.

8. When I was in charge, I was also in control of heroin shipments to El Paso from the BA in Juarez. I would receive about 5 shipments per week, each about 5-7 ounces, from Scrappy. I would take a female into Juarez with me and meet with Scrappy. Scrappy would provide us with the heroin packed into a condom and the female would hide the drugs in her body cavity. I would pay $500 per ounce for the heroin. After importing the heroin into the United States I would provide it to other BA members for distribution.

9. As part of my leadership responsibility when I was in charge of the BA in El Paso, I would also collect quota. "Quota" is a street tax that the BA would impose on everyone selling drugs in our area. I would take the quota, in the form of cash and money orders, across the border and give it to Scrappy in Juarez. The BA uses this quota money to help BA leaders that are in jail. I was involved with Scrappy in sending the quota money to BA members in jail. I would collect quota from BA leaders in different sections of El Paso, to include Manny Lopez,

Cardona_Sentencing_000158

who was running Central El Paso; Espino, who was running Westside, El Paso; and Taz, who was running Northeast.

10. With respect to the Consulate Murders that occurred in Juarez on March 13, 2010, I did not know whether the BA was planning to murder these people. I first learned about the murders in the newspaper. The next day, I talked to Scrappy, who was in Juarez, and Scrappy said that something happened in Juarez and there was going to be a lot of heat for the BAs.

I declare, under penalty of perjury, that the foregoing is true and correct.

_____  5-10-11
Ramon Cano

4