```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 WESTERN DISTRICT OF TEXAS
 3                      EL PASO DIVISION
 4
 5   UNITED STATES OF AMERICA         No. EP:10-CR-2213-KC
 6   v.                                El Paso, Texas
 7   RAMON RENTERIA                    May 29, 2012
 8
 9                         JURY TRIAL
10                         VOLUME 7
11          BEFORE THE HONORABLE KATHLEEN CARDONE
12                 UNITED STATES DISTRICT JUDGE
13
14   APPEARANCES:
15   For the Government:   Brian Skaret
                           United States Department of Justice
16                         Criminal Division, Human Rights and
                           Special Prosecutions Section
17                         1301 New York Avenue, NW, Suite 200
                           Washington, D.C. 20530
18
                           Joseph Cooley
19                         United States Department of Justice
                           Criminal Division, Gang Unit
20                         10th and Constitution Avenue, NW
                           Washington, D.C. 20530
21
                           George Leal
22                         Assistant United States Attorney
                           700 East San Antonio, Suite 200
23                         El Paso, Texas 79901
24
25
```

```
1    For the Defendant:    Scott P. Foster
                           718 Myrtle Avenue
2                          El Paso, Texas 79901

3

4       Proceedings recorded by stenotype.  Transcript produced by

5    computer-aided transcription.
```

David A. Perez, RMR, RPR

```
 1          COURTROOM DEPUTY:  EP:10-CR-2213, USA versus Ramon
 2   Renteria.
 3          MR. SKARET:  Good morning.  Brian Skaret, Joseph
 4   Cooley and George Leal for United States.
 5          MR. FOSTER:  Scott Foster for the defendant.
 6          THE COURT:  All right.  We ready in bring in the jury?
 7          MR. SKARET:  Yes, Your Honor.
 8          MR. FOSTER:  Yes.
 9          (Jury enters courtroom.)
10          THE COURT:  You may be seated, Ladies and Gentlemen.
11   Ladies and Gentlemen of the Jury, over the weekend the Court
12   has learned of the death of the defendant, which means that the
13   Government, upon receipt of the death certificate intends to
14   dismiss the case.  Um, they can't do so until they have it.
15          So what I wanted to let all of you know is that as a
16   result of that, um, I'm going to release all of you.  I want --
17   on behalf of everyone -- because it's been a week.  I want to
18   thank all of you for all of the hard work you put into the
19   trial.  But it's over.  And I will back to talk to you in case
20   any of you have any questions.  So at this time, I'm releasing
21   you.  Thank you.
22          (Jury leaves courtroom.)
23          THE COURT:  You may be seated, Ladies and Gentlemen.
24   Anything we need to take up then?
25          MR. SKARET:  Nothing, Your Honor.
```

David A. Perez, RMR, RPR

```
 1           MR. FOSTER:  I don't believe there's anything, Judge.
 2           THE COURT:  All right.  Then the Court will wait for
 3   the motion from the Government.  We stand in recess.
 4           (Adjournment.)
```

                              * * * * *

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.  I further certify that the transcript fees and format comply with those prescribed by the Court and the Judicial Conference of the United States.


Signature:/s/_____ Date:  July 16, 2013
          David A. Perez, RMR, RPR